FILED

SAMPLE #2

NOV 2 8 2016

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____,DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA .

)
)
)
)

**CIV 16 1348 R.**

Plaintiff(s)

Timothy John MARTIN

vs.

A-1 Eletric, Heat+Air
Carla Nievar And Jonathan
Jackson

Defendant(s)

)
)      CASE NO._____
)
)
)
)
)
)

## COMPLAINT

I Timothy John MARTIN, Am Filing Gender Discrimination
Sued Against, MRS. Carla Nievar-owner of A-1 Electric
Heat+Air For Gender Discrimination. MRS. Carla Nievar
Showed Gender FAVoritism in my Employment work
History During A Two Month Period, which Voilated
The company policy. I Am Also showing thATB Jonathan
Jackson is A Part of This sued, Because of showing
Nepotism + FAVoring A one-side Issue.

NOTE: *Your signature, address and phone number* __must__ *appear at the end of each pleading.*