# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIMOTHY JOHN MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV-16-1348-R |
| | ) |
| A-A ELECTRIC HEAT & AIR, | ) |
| CARLA NEIVAR, and JONATHAN | ) |
| JACKSON, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court referred Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* to United States Magistrate Judge Bernard Jones. On December 20, 2016, Judge Jones recommended that the motion, which had been amended, be denied. The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein, nor has he sought an extension of time in which to file his objection. Accordingly, the Report and Recommendation is hereby ADOPTED IN ITS ENTIRETY. Plaintiff's Amended Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 7) is DENIED. This matter shall be dismissed without further notice unless Plaintiff tenders $400.00 to the Clerk of Court not later than February 3, 2017.

IT IS SO ORDERED this 13th day of January, 2017.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE